UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT EICKENHORST, | No. 2:12-cv-2363 DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondents. | |

Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  On March 12, 2014, the court granted petitioner's motion for a stay and abeyance and directed petitioner to present all of his unexhausted claims to the California Supreme Court in a state habeas corpus petition to be filed within thirty days.  The court also directed petitioner to file and serve a status report in this case on the first court day of each month.  Petitioner has not filed a status report for the months of April or May of this year.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a status report explaining the current status of his exhaustion petition in state court within ten days of the date of

/////

/////

---

[1] Petitioner has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 5)

1

this order and shall show cause in writing why sanctions should not be imposed for the failure to comply the court's order.

Dated: May 12, 2014

DAD:9
eick2363.status

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE