UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT EICKENHORST, | No. 2:12-cv-2363 DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondents. | |

Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  This action is presently stayed.

On May 13, 2014, the undersigned issued an order to show cause, ordering petitioner's counsel to show cause in writing why sanctions should not be imposed due to counsel's failure file a status report in this case on the first court day of each month.  Counsel has now filed a response to the court's order to show cause as well as a status report.

Good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

/////

---

[1] Petitioner has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 5)

1

1.  The court's order to show cause is discharged; and

2.  Petitioner shall file a status report in this case on the first court day of each month.

Dated: May 22, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
eick2363.dch